NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3020

STEPHEN E. WILLIAMS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0752080275-I-1.

ON MOTION

Before NEWMAN, Circuit Judge.

## ORDER

Stephen E. Williams moves for reconsideration of the court's April 9, 2009 order dismissing his petition for review for failure to file the joint appendix and moves for leave to file the joint appendix out of time. The Social Security Administration has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The April 9 dismissal order is vacated, the mandate is recalled, and the petition is reinstated.

MAY 19 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



MAY 19 2009

JAN HORBALY
CLERK

cc:     Phillip R. Kete, Esq.
        Maame A. F. Ewusi-Mensah, Esq.

s17